IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BRUCE COMMITTE,**

              Plaintiff,

    v.

**AACSB INTERNATIONAL, OREGON STATE UNIVERSITY, et al.**

              Defendants.

Case No. 3:20-cv-00372-JR

OPINION AND ORDER

**MOSMAN, J.,**

On September 8, 2020, Magistrate Judge Jolie A. Russo issued her Findings and Recommendation (F. & R.) [ECF 37]. Judge Russo recommended that I GRANT Defendants' Motions to Dismiss and Motions for Pre-Filing Order [ECF 24, 36]. Plaintiff Bruce Committe filed an untimely Objection [ECF 39]. Upon review, I agree with Judge Russo.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of

the magistrate judge as to those portions of the F. & R. to which no objections are addressed. *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F. & R.

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F. & R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Russo's recommendation, and I ADOPT the F. & R.

[37] as my own opinion. Defendants' Motions to Dismiss and for Pre-Filing Order [ECF 24, 36]

are GRANTED. The case is DISMISSED without prejudice. Any motion to amend the complaint

should be filed within 30 days of this Opinion and Order.

IT IS SO ORDERED.

DATED this ___ day of ~~October~~ Nov, 2020.


MICHAEL W. MOSMAN
United States District Judge