IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BRUCE COMMITTE,

        Plaintiff,

v.

AACSB INTERNATIONAL, et al.,

        Defendants.

Case No. 3:20-cv-00372-JR

OPINION & ORDER

**MOSMAN, J.,**

On March 15, 2022, Magistrate Judge Jolie Russo issued her Findings and Recommendation ("F. & R.") [ECF 97]. Judge Russo recommends I grant Defendants' motion for summary judgment [ECF 91] and dismiss this case with prejudice. Objections were due on March 29, 2022. Plaintiff filed objections on April 1, 2022, and Defendants responded on April 6, 2022. I agree with Judge Russo.

## STANDARD OF REVIEW

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F. & R. to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F. & R. depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F. & R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Russo's recommendations, I ADOPT her F. & R. [ECF 97] as my own opinion. I GRANT Defendants' Motion for Summary Judgment [ECF 91] and DISMISS this case with prejudice.

IT IS SO ORDERED.

DATED this 18 day of April, 2022.

MICHAEL W. MOSMAN
Senior United States District Judge